UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON P. VILLAMARETTE CIVIL ACTION NO.__________

VERSUS

AIMEE E. BROUSSARD, TRAVELERS CASUALTY AND SURETY COMPANY

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO: Mr. B. Kyle Kershaw
212 Laurel Street
Baton Rouge, LA 70801

ATTORNEY FOR PLAINTIFF IN THE ABOVE ENTITLED CAUSE

PLEASE TAKE NOTICE that defendant, The Standard Fire Insurance Company (erroneously named Travelers Casualty and Surety Company) have filed in the United States District Court for the Middle District of Louisiana a notice of removal of the cause styled *"Jason P. Villamarette v. Aimee Broussard, Travelers Casualty and Surety Company,"* bearing docket number 571681 Section 26, in the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, from said Nineteenth Judicial District Court to the United States District Court for the Middle District of Louisiana.

A true and correct copy of the notice of removal is attached to this notice, and a copy of this notice is being filed with the Clerk of the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, thereby effectuating a removal to the District Court of the United States, and the Nineteenth Judicial District Court may proceed no further, unless the case

is remanded, with the action bearing No. 571681 in accordance with the terms of 28 U.S.C. §1446(b).

Baton Rouge, Louisiana this 11th day of November, 2008.

Respectfully Submitted:

**MARICLE & ASSOCIATES**

BY: ______________________

**JANICE M. REEVES (#21237)**
4041 Essen Lane, Suite 201
Baton Rouge, LA 70809
Telephone: (225) 234-7220
Facsimile: (866) 229-8883

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been this date placed in the United States Mail, properly addressed and postage prepaid to all counsel.

Baton Rouge, Louisiana this 11th day of November, 2008.

______________________

JANICE M. REEVES