UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON P. VILLAMARETTE CIVIL ACTION NO.3:08-CV-736

VERSUS

AIMEE E. BROUSSARD, TRAVELERS
CASUALTY AND SURETY COMPANY

**ANSWER**

NOW INTO COURT, through undersigned counsel comes, Aimee E. Broussard, made defendant herein, who for answer to the petition of plaintiff, denies each and every allegation contained therein except those which may hereinafter be specifically admitted;

FIRST DEFENSE

Plaintiff's suit for damages fails to state a cause upon which relief can be granted as against this defendant.

SECOND DEFENSE

AND NOW, responding to the allegations of plaintiff's suit for damages, paragraph by paragraph, defendant, Aimee Broussard, states as follows, to-wit:

1.

The allegations contained in paragraph 1 are denied as written except to admit Aimee Broussard is a resident of Georgia and the correct insurance entity, The Standard Fire Insurance Company is a foreign corporation organized under the laws of Connecticut.

2.

It is admitted plaintiff was operating his motorcycle recklessly on Stanford Avenue on the alleged date.

3.

The allegations contained in paragraph 3 are denied except to admit Broussard was the operator of the Jeep Liberty.

4.

The allegations contained in paragraph 4 are denied.

5.

The allegations contained in paragraph 5 are denied.

6.

The allegations contained in paragraph 6 are denied.

7.

The allegations contained in paragraph 7 are denied except to state that if there was a policy of insurance issued by The Standard Fire Insurance Company to Donald Broussard, said policy contains numerous provisions, limitations and exclusions all of which are pleaded with the policy itself being the best evidence of all matters contained therein. To the extent that the allegations contained in paragraph 7 are inconsistent with said policy of insurance, then they are specifically denied.

THIRD DEFENSE

Alternatively, and only in the event it is held or determined that Aimee Broussard was in any way negligent and/or responsible to plaintiff, which is denied, the defendant maintains that the accident sued upon was the result of the negligent actions and/or inactions on the part of **JASON VILLAMARETTE** whose acts of negligence bar and reduce the plaintiff's recovery under the doctrine of contributory negligence, victim fault and comparative negligence. Said negligence consists of the following non-exclusive list of particulars:

a. Speeding and/or operating his motorcycle carelessly;

b. Suddenly and without warning changing lanes;

c. Operating a vehicle while intoxicated over twice the legal limit;

d. Attempting to run the red light;

e. Following too closely;

f. Failing to maintain control of his vehicle;

g. Rear ending the Jeep Liberty for which he is presumed liable;

h. Failing to maintain a proper lookout;

i. Improper use of motorcycle equipment and helmet; and

j. Other acts of negligence to be shown at the trial of this matter.

FOURTH DEFENSE

It is affirmatively alleged that plaintiff is under a continuing duty to mitigate his damages.

FIFTH DEFENSE

It is affirmatively alleged defendants are immune from liability for injuries sustained by persons driving under the influence of alcoholic beverages and said recovery is barred with plaintiff having twenty five percent liability related to his intoxication pursuant to La. R.S. 9:2798.4.

WHEREFORE, defendant, Aimee E. Broussard, prays that this answer to the petition of plaintiff be deemed good and sufficient and that after all due proceedings had, there be judgment rendered herein in favor of defendants and against plaintiff, dismissing plaintiff's demands, at plaintiff's costs;

FURTHER PRAY for all necessary orders and decrees and for just and equitable relief.

FURTHER PRAY for trial by jury.

FURTHER reserves her right to file an amended answer upon the completion of additional discovery.

Respectfully Submitted:

**MARICLE & ASSOCIATES**

BY: ______________________________

**JANICE M. REEVES (#21237)**
8545 United Plaza Blvd, Suite 350
Baton Rouge, LA 70809
Telephone: (225) 924-9585
Facsimile: (225) 924-7415

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been this date placed in the United States Mail, properly addressed and postage prepaid to all counsel.

Baton Rouge, Louisiana this 25th day of November, 2008.

______________________________
JANICE M. REEVES